FILED

2007 Jul-02  AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| JACKIE RAY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 5:05-cv-00016-VEH-JEO |
| GLAXOSMITHKLINE BEECHAM ) | |
| CORP., et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 30, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on May 2, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DATED**, this the 2nd day of July, 2007.


**VIRGINIA EMERSON HOPKINS**
United States District Judge